ALEX R. KESSEL (State Bar No. 110715)
Attorney at Law
16542 Ventura Blvd., Suite 305
Encino, California 91436
Telephone (818) 995-1422
Facsimile (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
JORGE ORTIZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JORGE ORTIZ,<br><br>          Defendant. | Case No. CR 04-1239(A)-CAS<br><br>**REQUEST TO CORRECT ERROR IN JUDGMENT AND COMMITMENT ORDER AND AMEND THE PRESENTENCE REPORT** |

On November 16, 2009, this Court sentenced Jorge Ortiz to 125 months in custody. Mr. Ortiz now respectfully requests the following pursuant to Fed. R. Crim. P. 36:

1. That the aliases of Jesus Camacho; Jose Jesus Camacho; Jesus Ortiz; Jesus Camacho Ortiz; Jose J. Camacho; Jesus Ortiz Camacho; Esteban Jesus Ortiz; Jose Jesus Camacheo; Esteban Ortiz; Mario Gonzalez; Mario Reyes; and monikers Toro and Coyote be removed from the Judgement and Commitment Order, where they appear at the top left corner of the first page directly below Defendant's true name, Jorge Ortiz;

2. That aliases Jesus Camacho; Jose Jesus Camacho; Jesus Ortiz; Jesus Camacho Ortiz; Jose J. Camacho; Jesus Ortiz Camacho; Esteban Jesus Ortiz; Jose Jesus Camacheo; Esteban Ortiz; Mario Gonzalez; Mario Reyes; and monikers Toro and Coyote be stricken from page 3 of Mr. Ortiz's Presentence Report (PSR);

1

3.      That ¶¶ 62 and 63 be stricken from page 12 of the PSR.

This request is made so that aliases mistakenly attributed to Mr. Ortiz do not adversely affect his Bureau of Prisons (BOP) security classification and designation. The aliases in question arose when Mr. Ortiz was confused with his brother in a criminal record check conducted in the preparation of a Presentence Report (PSR) disclosed on August 9, 2006. A final revised PSR disclosed on January 31, 2007 corrected the earlier errors with regard to criminal history, but did not remove the listing of aliases contained in the original.[1] Thus, aliases belonging to Defendant Jorge Ortiz's brother, Jesus Ortiz (who was charged as a co-defendant in this case but was acquitted in a jury trial), remained mistakenly attached to Defendant Jorge Ortiz in both versions of the PSR. The incorrect "akas" listed in the Court's Judgment and Commitment order of November 16, 2009 derive from this earlier error.

Mr. Ortiz is housed at FCI Allenwood Low in Pennsylvania. A Corrections Officer explained to Mr. Ortiz that this designation was necessitated by an increase in his security level precipitated by a outstanding warrants.[2] The warrants in question, described in the PSR at ¶ 62 and ¶ 63, were attached to the aliases mistakenly attributed to Mr. Ortiz in the PSR and the Commitment Order.

The Court will recall that Mr. Ortiz's mother, Antonia Camacho, is in failing health. Mr. Ortiz has long been concerned that he will not be able to see his mother again outside prison walls. Now he fears that his designation to a BOP facility on the East Coast will mean he may not see her again at all. In addition, Mr. Ortiz's wife, Griselda Garcia, remains dedicated to him and has visited him almost every day possible in the years he has been in custody at MDC. The transfer to Pennsylvania has precluded Ms. Garcia's ability to continue this pattern of regular and frequent visits.

At sentencing Mr. Ortiz requested that the Court recommend his designation to FCI Terminal Island, the BOP facility most accessible to his family. He thanks the Court for

---

[1] The aliases are listed on page 3 of both the original and revised versions of the PSR.

[2] These warrants stems from pending charges listed at ¶¶ 62 and 63 of the PSR.

2

1  granting that request.  He now requests the above-listed corrections in the hope that it will
2  lower his security rating and strengthen his case for placement as close to his family as
3  possible.

5  DATED: April 14, 2010                                  Respectfully submitted,

                                                           /s/
7                                                          ALEX R. KESSEL
                                                           Attorney for Defendant
8                                                          JORGE ORTIZ